United States Bankruptcy Court
District of Colorado

In re: Rebekah Anne Fritze
Debtor(s)

Bankruptcy No.: 25-14467-MER
Chapter: 7

## ORDER FOR PAYMENT OF FILING FEES IN INSTALLMENTS
## ADVISEMENT TO DEBTOR IN THE EVENT OF DEFAULT

THIS MATTER comes before the Court on the Debtor's Application to Pay the Filing Fee in Installments (the "Application").

The Application is GRANTED.

IT IS ORDERED the Debtor pay the filing fee prescribed by 28 U.S.C. § 1930(a) in installments on the following terms:

1) $_____ submitted
   $ 126.00  balance of 1st installment due on or before 9/10/2025
2) $ 106.00  on or before 9/24/2025
3) $ 106.00  on or before 10/8/2025

The Debtor is advised that failure to pay the statutory filing fees as set forth above shall constitute cause for dismissal, and Debtor may be further barred from filing a petition in this Court for 180 days pursuant to Title 11 U.S.C. § 109(g). See 11 U.S.C. § 707(a)(2) or 1307(c)(2), as applicable, and Fed.R.Bankr.P. 1017(b).

In a chapter 7 asset case, the Debtor is advised that failure to pay the statutory filing fees as set forth above may result in the case being closed without entry of a discharge. See Fed.R.Bankr.P. 4004(c)(1)(G).

Until the filing fee is paid in full, the Debtor(s) shall not make any additional payment or transfer any property to an attorney or any other person for services in connection with this case. **Fees should be paid by the Debtor's attorney, unless the Debtor does not have an attorney.**

Court fees may be paid in one of two ways:
1. Online by debit card, PayPal, or ACH at https://www.cob.uscourts.gov/online-payments or scan the QR code included at the bottom of this form.
2. In person or by mail with cashier's checks or money orders made out to "Clerk, U.S. Bankruptcy Court" at the U.S. Bankruptcy Court, 721 19th Street, Denver, CO 80202.

Dated: 8/27/2025

FOR THE COURT:
Kenneth S. Gardner, Clerk

By: __pmkt_____
Deputy Clerk